

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00117-CV

IN RE JANET MCGINN

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

Relator, Janet McGinn, has filed a pro se petition for a writ of mandamus asking this Court to compel the Honorable Keli Aiken of the 354th Judicial District Court of Hunt County, Texas, to vacate the trial court's final order of August 28, 2025, granting joint managing conservatorship to the child's paternal grandmother and father, granting possessory rights to the child's mother, and denying any conservatorship rights to Relator, the child's maternal grandmother. We deny Relator's petition.

Without addressing whether the trial court abused its discretion, we conclude that Relator is not entitled to mandamus relief. Mandamus is an appropriate remedy only where appeal does not provide an adequate means for asserting the Relator's claims. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). "A writ of mandamus is not a substitute for an appeal." *In re Bernson*, 254 S.W.3d 594, 596 (Tex. App.—Amarillo 2008, orig. proceeding). "In this case, because the petition for writ of mandamus reflects a final order has been signed, any relief [R]elator seeks may be pursued by appealing the trial court's modification order." *In re Pfiffner*, No. 05-15-01208-CV, 2015 WL 5783806, at *1 (Tex. App.—Dallas Oct. 5, 2015, orig. proceeding) (mem. op.) (footnote omitted) (citation omitted). We note that Relator has already filed a pro se appeal related to the final order in this matter under cause number 06-25-00073-CV, which is pending resolution.

Accordingly, we deny Relator's petition for a writ of mandamus.

Charles van Cleef
Justice

Date Submitted: November 13, 2025
Date Decided: November 14, 2025